# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-94 (1) DSD**

0541-0331-0846-D

Robin Renee English

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robin Renee English

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

March 31, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

__________ __________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 4-11-05
ARRESTED BY USMS - Sherman, TX
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
APR 13 2005
U.S. DISTRICT COURT MPLS