**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA, )
) 
Plaintiff, )
)
v. )
)
**Robin Renee English,** )
)
Defendant. )

COURTROOM MINUTES - CRIMINAL
BEFORE: Jonathan G. Lebedoff
U.S. Chief Magistrate Judge

| | |
|---|---|
| Case No: | CR 02-94 DSD |
| Date: | May 4, 2005 |
| Court Reporter: | None |
| Tape Number: | Not available |
| Time Commenced: | 11:05 a.m. |
| Time Concluded: | 11:10 a.m. |
| Time in Court: | 5 Minutes |

## APPEARANCES:

**Plaintiff:** Tom Hollenhorst
Assistant U.S. Attorney

**Defendant:** Andrea George
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English

Date Charges Filed: March 30, 2005 Offense: Failure to report for Rule 25 and drug testing.

T Charges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

9 **Charges from other District** ______________________________________________

T Government moves for detention.
Motion is: T granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

**Bond set in the amount of ____________ with conditions, see Order Setting Conditions of Release.**

Next appearance date is before U.S. Judge David S. Doty for:

9 detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T Final revocation hrg

T Detention hearing waived T Preliminary revocation hearing waived 9 Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information: **Counsel to contact chambers for hearing date.**

s/Joan Flood

Signature of Judicial Assistant