UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-94 (DSD)

UNITED STATES OF AMERICA, Plaintiff,

v.

ROBIN RENEE ENGLISH, Defendant.

ORDER OF DETENTION

This matter came before the Court on May 4, 2005, for an initial appearance upon the Petition on Supervised Release submitted to the Court on March 30, 2005, by the United States Probation Office. The defendant was present and represented by Andrea K. George, Esq. The United States was represented by Assistant United States Attorney Thomas M. Hollenhorst.

The government moved for detention. The defense waived a probable cause and detention hearing and requested that the matter be scheduled for a final revocation hearing before the Honorable Davis S. Doty, Senior United States District Judge. For the foregoing reasons,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of the defendant is granted;

2. The defendant is committed to the custody of the Attorney General;

3. The defendant shall be afforded reasonable opportunity to consult privately with her lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver her to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated: May 5, 2005

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief, U.S. Magistrate Judge