PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robin Renee English**

**Docket No. 0:02CR00094-1(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robin Renee English** who was sentenced for for Assault with a Dangerous Weapon within Indian Country on March 7, 2003, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Mental health aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On February 23, 2005, the defendant submitted a positive drug test for marijuana which was confirmed by Kroll laboratory. She admitted using marijuana the previous weekend.

STANDARD CONDITION: The defendant shall not leave the judicial district without permission of the Court or probation officer.

On February 15, 2005, the defendant was contacted by telephone and indicated she was with relatives in the Colorado Springs, Colorado, area. The defendant did not have permission to leave the district.

STANDARD CONDITION: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

On February 23, 2005, the defendant was instructed to report to the probation officer weekly as a consequence for traveling outside of the district without permission. She has failed to report. On March 9, 2005, the defendant was instructed to contact the supervising probation officer immediately but no later than March 16, 2005. The defendant has failed to report, and her whereabouts is unknown.

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

SCANNED
MAY 13 2005
U.S. DISTRICT COURT MPLS

On February 23, 2005, the defendant was instructed to contact Red Lake Chemical Health Program for a Rule 25 assessment and to report weekly for drug testing. She has failed to do so. On March 1, 2005, the defendant was instructed to report to the Minneapolis Probation Office on March 2, 2005, for drug testing. She failed to report.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall reside for a period of 120 days in a community corrections center with work release privileges as approved by the probation officer and shall observe the rules of that facility.
>
> The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

ORDER OF THE COURT

Considered and ordered this 13th day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on May 13, 2005
Place Bemidji