# United States District Court

**EASTERN DISTRICT OF TEXAS**
200 North Travis Street
Sherman, Texas 75090
Telephone (903) 893-7008
Facsimile (903) 893-9067

RECEIVED
JUN 20 2005
CLERK U.S. DIST. COURT
MINNEAPOLIS MN

**DON D. BUSH**
UNITED STATES MAGISTRATE JUDGE

June 6, 2005

United States District Court
District of Minnesota
202 U.S. Courthouse
300 South 4th Street
Minneapolis, Minnesota 55415

Rule 5 Docs
CR 02-94 DSD/RLE

Re: USA vs. Robin English
Your Case No. 05-CR-128; Our Case No. 4:05mj82

Dear Clerk:

The above-referenced Defendant was arrested in the Eastern District of Texas on a Warrant for Arrest out of the District of Minnesota.

An initial appearance was conducted before United States Magistrate Judge Don Bush on April 11, 2005. Defendant waived right to an identity hearing and was detained and ordered committed to your district.

Enclosed for your file are copies of the following documents in this case:

1. Certified Copy of Commitment to Another District Order
2. Docket Sheet
3. Petition for Violation on Supervised Release
4. Warrant for Arrest
5. Minute Sheet
6. Order for Appointment of Federal Public Defender (Initial Appearance only).
7. Financial Affidavit
8. Waiver of Identity Hearing

Should you have any questions, feel free to contact us.

Sincerely,

Karen Sessions
Karen Sessions
Courtroom Deputy

SCANNED
JUN 20 2005
U.S. DISTRICT COURT ST. PAUL

**Date:** 04/11/2005
**Time:** 13:45:41AM
**Judge:** DON D. BUSH
**District:** EASTERN
**Location:** SHERMAN
**Reporter:** Karen Sessions

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 11 2005
DAVID J. MALAND, CLERK
BY
DEPUTY ______

**CASE STYLE:**
USA VS. ROBIN RENEE ENGLISH

**CASE NUMBER:**
4:05m67 Rule 32.1

**TYPE of HEARING:**

**TIME:**
13:45:41AM

**TOTAL TIME:**
00:06:29

**ATTORNEYS:**
GOVT - JOSH BURGESS - US ATTORNEY'S OFFICE
DEFT - DENISE BENSON - PUBLIC DEFENDER

**MINUTE SUMMARY:**
**<MIN 13:45:56 10377| MINUTES** > Case called.
**<MIN 13:46:03 10381| MINUTES** > Defendant sworn.
**<MIN 13:46:40 10401| MINUTES** > Josh Burgess, AUSA. Denise Benson for Defendant.
**<MIN 13:46:56 10409| MINUTES** > Josh Burgess states what conditions were that were violated of supervised release.
**<MIN 13:47:57 10443| MINUTES** > Court advises Defendant of right to counsel.
**<MIN 13:48:07 10448| MINUTES** > Defendant requests court-appointed counsel.
**<MIN 13:48:31 10462| MINUTES** > Violations committed in Minnesota and Colorado Springs. Arrested in Grayson County on the 30th of March. Brought to Sherman on April 10th.
**<MIN 13:49:11 10483| MINUTES** > Defendant is the person in the warrant, waives identity hearing and signs waiver 32.1 of preliminary hearing. Defendant also waives right to detention hearing here and wants it in Minnesota.
**<MIN 13:51:44 10568| MINUTES** > Court recessed.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 11 2005

DAVID J. MALAND, CLERK
BY
DEPUTY ________

# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:05m67 |
| | § | |
| ROBIN RENEE ENGLISH | § | |

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**ORDERED** and **SIGNED** this 10 day of April, 2005.

DON D. BUSH
UNITED STATES MAGISTRATE JUDGE

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

ROBIN RENEE ENGLISH

Defendant

**WAIVER OF RULE 32.1 HEARINGS**

(Probation/Supervised Release Violation)

CASE NUMBER: 4:05mj67

CHARGING DISTRICTS CASE NUMBER: 0:02cr00094-1

I understand that charges are pending in the United States District of Minnesota alleging violation of Supervised Release (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

**(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;**

**(2) an identity hearing to determine whether I am the person named in the charges;**

**(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred her) to determine whether there is probable cause to believe a violation occurred; and**

**(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.**

**I HFREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) **identity hearing**

( ) **preliminary hearing**

( ✓) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.**

[signature]
*Defendant*

4/11/05
*Date*

Denise D. Benson
*Defense Counsel*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 1 1 2005
DAVID J. MALAND, CLERK
BY
DEPUTY ______

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 11 2005

DAVID J. MALAND, CLERK
BY
DEPUTY______________

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:05mj67 |
| Robin Renee English | § | |
| | § | |

**WAIVER OF DETENTION HEARING**

I, Robin Renee English, charged with Violation: ~~Title 18, U.S.C. §~~ of Supervised Release, and having appeared before the Court and been advised of my rights as required by Title 18 U.S.C. Section 3142 et seq., including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

[signature]
Defendant

[signature: Denise ... ]
Defendant's Attorney

Date: 4/11/05

RECEIVED BY MAIL JUN 20 2005 CLERK U.S. DISTRICT COURT MINNEAPOLIS

# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA §
§
vs. §
ROBIN RENEE ENGLISH §

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest<br>Eastern / Texas | District of Offense<br>Minnesota | District of Arrest<br>4:05mj67 | District of Offense<br>0:02cr00094-1 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN:**

___Indictment ____ Information __ Complaint X Other (specify) :
**charging a violation of** Conditions of Supervised Release

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 12 2005
DAVID J. MALAND, CLERK
BY
DEPUTY____________

**DESCRIPTION OF CHARGES:**
Violation of Supervised Release

**CURRENT BOND STATUS:**
____ Bail fixed at ____________ and conditions were not met
____ Government moved for detention and defendant detained after hearing in District of Arrest
____ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

**Representation:** ____ Retained Own Counsel __X__ Federal Defender Organization ____ CJA Attorney ____ None

**Interpreter Required?** _X_ No __ Yes Language:

**EASTERN DISTRICT OF TEXAS**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4/12/05 [signature] USMJ
Date

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| **DATE** | **U. S. MARSHAL** | **(BY) DEPUTY MARSHAL** |
| | | |

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BY: [signature]

**U.S. District Court [LIVE]**
**Eastern District of TEXAS LIVE (Sherman)**
**CRIMINAL DOCKET FOR CASE #: 4:05-mj-00067-DDB-ALL**
**Internal Use Only**

Case title: USA v. English

Date Filed: 04/11/2005

---

Assigned to: Magistrate Judge Don D. Bush

**Defendant**

**Robin Renee English (1)**

represented by **Denise S Benson**
Federal Defender's Office
1800 Teague
Suite 204
Sherman, TX 75090
903/8924448
Fax: 14098392610
Email: denise_benson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2005 | 1 | Petition on Supervised Release Received from District of Minnesota (kls, ) (Entered: 04/13/2005) |
| 04/11/2005 | 2 | Arrest Warrant Issued by David S. Doty, United State District Court Judge, District of Minnesota, as to Robin Renee English. (kls, ) (Entered: 04/13/2005) |
| 04/11/2005 | 3 | Minute Entry for proceedings held before Judge Don D. Bush :Initial Appearance re Revocation of Supervised Release as to Robin Renee English held on 4/11/2005. Defendant sworn. AUSA states conditions violated of supervised release. Violations committed in Minnesota and Colorado Springs. Arrested in Grayson County on the 30th of March. Brought to Sherman on April 10th. Defendant waives identity hearing and signs waiver 32.1 requesting all hearings be done in Minnesota and requesting transfer to Minnesota. Defendant remanded to USM. (Court Reporter Ecro: K. Sessions.) (kls, ) (Entered: 04/13/2005) |
| 04/11/2005 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Robin Renee English Denise S Benson for Robin Renee English appointed. Signed by Judge Don D. Bush on 4/10/05. (kls, ) (Entered: 04/13/2005) |
| 04/11/2005 | 5 | CJA 23 Financial Affidavit by Robin Renee English (kls, ) (Entered: 04/13/2005) |
| 04/11/2005 | 7 | WAIVER of Rule 32.1 Hearings/Supervised Release Violation/ by Robin Renee English (kls, ) (Entered: 04/13/2005) |
| 04/11/2005 | 8 | WAIVER of Detention Hearing by Robin Renee English (kls, ) (Entered: 04/13/2005) |
| 04/12/2005 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Robin Renee English. Defendant committed to District of Minnesota. Signed by Judge Don D. Bush on 4/12/05. (kls, ) (Entered: 04/13/2005) |
| 04/27/2005 | 9 | Return of Committment Order Executed on 4/27/05 in case as to Robin Renee English (kls, ) (Entered: 05/16/2005) |