**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-94(1) DSD |
| | ) | Date: October 17, 2005 |
| Robin English, | ) | Court Reporter: None |
| | ) | Tape Number: 479 |
| Defendant. | ) | Time Commenced: 3:00 |
| | | Time Concluded: 3:10 |
| | | Time in Court: 10 Minutes |

APPEARANCES:

**Plaintiff:** Lisa Kirkpatrick, Assistant U.S. Attorney

**Defendant:** Andrea George,
**X** FPD ☐ CJA ☐ Retained **X** To be appointed

Interpreter: ______________________________ Language: ______________________________

Date Charges Filed: July 1, 2005 Offense: Supervised Release Violation

☐ Charges read into record **X** Waived Reading of Charges **X** Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release **X** Supervised Release

☐ Charges from other District ____________________________________________________________

**X** Government moves for detention.
Motion is: **X** granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release**.**

**X** Detention hearing waived **X** Preliminary Revocation hearing waived ☐Removal hearing waived

Final Revocation Hearing is November 3, 2005, at 9:45 a.m. before U.S. District Court Judge David S. Doty.

Additional Information:

s/Beatriz Menanteau
Signature of Law Clerk