A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

05 OCT 25 PM 2:5

CLERK, U.S. DIST. COURT
MINNEAPOLIS

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Robin Renee English

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-94 (1) DSD**
0541-0705-1322-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robin Renee English

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk

July 5, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ____________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 10-13-05
ARRESTED BY [illegible] PD
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
OCT 26 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04