**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Robin Renee English,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 02cr94(1)(DSD/RLE)
Date: November 3, 2005
Court Reporter: Lorilee Fink
Tape Number:
Time Commenced: 10:00 a.m.
Time Concluded: 2:15 p.m.
Time in Court: 45 Minutes

## APPEARANCES:

Plaintiff: Michelle Jones, Assistant U.S. Attorney
Defendant: Andrea K. George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**. Mike Kaulfuss testified on behalf of the defendant.
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release continued for the term originally imposed.
: Defendant is sentenced to: 2 months. Also, a condition of supervised release is that deft reside for 90 days at the Redby Halfway House for in patient treatment.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk