**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: 02-CR-94-01 DSD |
| v. | ) | Date: March 15, 2006 |
| | ) | Court Reporter: |
| **Robin Renee English**, | ) | Tape Number: |
| | ) | Time Commenced: 11:00 a.m. |
| Defendant. | ) | Time Concluded: 11:08 a.m. |
| | | Time in Court: 8 Minutes |

## APPEARANCES:

Plaintiff: Henry Shea, Assistant U.S. Attorney
Defendant: Kate Menendez
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed
Interpreter / Language: n/a
Date Charges Filed: 1/24/06 Offense:
☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.
**Defendant ordered detained.**
**Bond set in the amount of $[Bond amount] with conditions, see Order Setting Conditions of Release.**
Next appearance date is at before U.S. Magistrate Judge for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☒ Detention hearing waived ☒ preliminary revocation hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Counsel to be notified by Judge Doty as to a date for a final revocation hearing.

s/*Cathy Orlando*
Judicial Assistant

M:\templates\First Appearance.wpt Template Updated 2/2/04