A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-94 (1) DSD**

0641-0124-0383-D

Robin Renee English

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robin Renee English

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk

January 24, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 3-13-06
ARRESTED BY Red Lake PD
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
MAR 17 2006

criminal\warrant.frm

DC Modified 12/08/04