**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Robin Renee English,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 02-94(1)(DSD/RLE) |
| Date: | April 13, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 2:35 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Andrea K. George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant in custody.
: Defendant is sentenced to: 8 months followed by no further term of supervised release.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk